## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03360-RBJ-MJW

STEWARD JARMAN,

      Plaintiff,

v.

CACH, LLC, a Colorado limited liability company,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED this 24th day of January, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge